# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

CHADWICK AARON STAGGS                                                                      PLAINTIFF
ADC #137807

V.                                       NO: 4:10CV01082 GTE/HDY

CHAD STEPHENSON *et al.*                                                                 DEFENDANTS

## ORDER

Plaintiff filed this complaint (docket entry #2) on July 28, 2010, and a response to an order, which is essentially an amended complaint, on August 18, 2010 (docket entry #5). Liberally construing Plaintiff's complaint, he has stated a claim for relief against Defendants Chad Stephenson and Tony Haley, and service will be ordered.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendants Chad Stephenson and Tony Haley. The Clerk of the Court is directed to prepare a summons for said Defendants, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), amended complaint (docket entry #5), this order, and summons, on them, without prepayment of fees and costs or security therefor.

DATED this __23__ day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE